# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1752. MICHAEL RICHARDSON et al v. REALISTRY ACQUISITIONS, LLC.

Realistry Acquisitions, LLC commenced dispossessory proceedings in magistrate court against Michael Richardson and Viola Garris (collectively, "the Defendants"). The magistrate court dismissed the case, and Realistry filed a petition for review in superior court. On October 23, 2025, the superior court entered judgment in favor of Realistry and issued a writ of possession. Thereafter, the Defendants filed a series of post-judgment motions, which the superior court denied on February 17, 2026. The Defendants filed a notice of appeal from this ruling on March 4, 2026. We lack jurisdiction for at least two reasons.

First, because the underlying issue involves the superior court's de novo review of a magistrate court ruling, the Defendants were required to follow the discretionary appeal procedures. See OCGA § 5-6-35(a)(1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Second, the notice of appeal is untimely. Under OCGA § 44-7-56(b)(1), a notice of appeal in a dispossessory action "shall be filed within seven days of the date such judgment was entered[.]" Here, however, the Defendants filed the notice of appeal 15 days after entry of the superior court's order.

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__04/29/2026_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*